Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES and NORTHWEST ENVIRONMENTAL DEFENSE CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW R. WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, <br><br> Defendant. | No. 2:91-cv-00427-BJR <br><br> ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION TO REACTIVATE CASE AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

Order Granting Stip. Mot. for Ext. of Time to
Respond to Plaintiffs' Mot. to Reactivate Case and
Amend Compl. No. 2:91-cv-00427-BJR

Austin D. Saylor
U.S. Department of Justice
P.O. Box 7611; Washington, D.C. 20044

1

Plaintiffs Northwest Environmental Advocates and Northwest Environmental Defense Center, and Defendant Andrew R. Wheeler, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA") (collectively, "the Parties") stipulate that Defendant's deadline to respond to Plaintiffs' September 24, 2019 "Motion to Reactivate Case and for Leave to File Second Amended Complaint" is extended by three weeks, from October 7, 2019, to October 28, 2019. Plaintiffs' motion is currently noted for October 11, 2019. Under the stipulated extension, Plaintiffs' motion would be noted for November 1, 2019.

As grounds for this Stipulated Motion, undersigned counsel for EPA states as follows: The U.S. Department of Justice ("DOJ") is in the process of assigning an attorney to this case as counsel for EPA. Undersigned counsel has been assigned as an initial matter, but further staffing changes are likely. The requested extension will allow time for DOJ to determine its staffing needs for this case, to confer with EPA regarding Plaintiffs' motion, to draft a response, and to obtain EPA and DOJ management approvals regarding that response.

In accordance with Local Civil Rule 10(g), a proposed signature line for the Court's endorsement of the Parties' Stipulated Motion is set forth below, following the Parties' signature blocks.

Respectfully submitted this 3rd day of October, 2019.

*Counsel for Defendant*:

          UNITED STATES DEPARTMENT OF JUSTICE
          Environment and Natural Resources Division

          s/ *Austin D. Saylor*
          AUSTIN D. SAYLOR
          Environmental Defense Section
          P.O. Box 7611
          Washington, D.C. 20044
          202-598-7867

Order Granting Stip. Mot. for Ext. of Time to Respond      Austin D. Saylor
to Plaintiffs' Mot. to Reactivate Case and Amend      U.S. Department of Justice
Compl. No. 2:91-cv-00427-BJR      P.O. Box 7611; Washington, D.C. 20044

2

| | |
|---|---|
| | austin.saylor@usdoj.gov |
| | BRIAN T. MORAN<br>United States Attorney |
| | BRIAN KIPNIS<br>Assistant United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271 |
| *Counsel for Plaintiffs*: | |
| | s/ *Andrew Hawley*<br>Andrew Hawley (WSBA # 53052)<br>Western Environmental Law Center<br>1402 3rd Ave., Suite 1022<br>Seattle, WA 98101<br>(206) 487-7250<br>hawley@westernlaw.org |
| | James N. Saul (OSB #1067236)<br>(*Admitted pro hac vice*)<br>Earthrise Law Center<br>Lewis & Clark Law School<br>10015 SW Terwilliger Blvd.<br>Portland, OR 97219<br>(503) 768-6929<br>jsaul@lclark.edu |

---

It is so ordered.

*[signature: Barbara J. Rothstein]*

HON. BARBARA J. ROTHSTEIN

United States District Judge

Order Granting Stip. Mot. for Ext. of Time to Respond　　　Austin D. Saylor
to Plaintiffs' Mot. to Reactivate Case and Amend　　　　　U.S. Department of Justice
Compl. No. 2:91-cv-00427-BJR　　　　　　　　　　　　　P.O. Box 7611; Washington, D.C. 20044

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October, 2019, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will cause a copy to be served upon counsel of record.

<u>/s/ Austin D. Saylor</u>

Order Granting Stip. Mot. for Ext. of Time to Respond
to Plaintiffs' Mot. to Reactivate Case and Amend
Compl. No. 2:91-cv-00427-BJR

Austin D. Saylor
U.S. Department of Justice
P.O. Box 7611; Washington, D.C. 20044

4