IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST EVIRONMENTAL ADVOCATES and NORTHWEST ENVIRONMENTAL DEFENSE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>Defendant. | Case No. C91-427R<br><br>ORDER GRANTING WITHDRAWAL OF COUNSEL FOR PLAINTIFFS |

Before the Court is the parties' Stipulation of Withdrawal of Counsel for Plaintiffs. Upon due consideration of the stipulation and for good cause shown,

IT IS ORDERED that the parties' stipulation is APPROVED.

Done this \_\_\_11th\_\_\_ th day of \_\_December\_\_, 2019.

Hon. Barbara J. Rothstein